IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT SAYRES                                          PLAINTIFF

      v.                            CIVIL NO. 11-5232

JOHN CRUM;
ROY SHAW                                         DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff's complaint was filed in this case on October 3, 2011. Plaintiff also filed a motion to proceed *in forma pauperis*. On October 4, 2011, the Court entered an order directing Plaintiff to complete, sign and return the attached questionnaire that would serve as an addendum to his Complaint by October 24, 2011. (Doc. 3). To date, Plaintiff has not responded to the Court's order.

Based on the above, the undesigned recommends Plaintiff's complaint be dismissed on the grounds that he has failed to respond to a Court order. See Fed. R. Civ. P. 41(b). **Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Jones is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of November 2011.

                                               /s/ *Erin L. Setser*
                                               HON. ERIN L. SETSER
                                               UNITED STATES MAGISTRATE JUDGE