```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

ROBERT SAYRES                                              PLAINTIFF

       v.                Civil No. 11-5232

JOHN CRUM; and
ROY SHAW                                                  DEFENDANTS

## ORDER

Now on this 7th day of December, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #4), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #4) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **dismissed** on the grounds that he has failed to respond to a Court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE